BOWERY SAVINGS BANK, Plaintiff, *v.* FRANK A. CARUCCI, Defendant.

Submitted July 23, 1946; decided July 23, 1946.

*Raphael H. Weissman* and *George A. Aliano* for motion.
*August W. Zaun* and *John J. Redfield* opposed.

Motion denied, with $10 costs and necessary printing disbursements upon the ground that an appeal lies as of right.